NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE BIOSEARCH TECHNOLOGIES, INC. AND EUROFINS MWG OPERON INC.,

*Petitioners.*

---

Miscellaneous Docket No. 995

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-CV-0283, Judge T. John Ward.

---

## ON PETITION

---

## O R D E R

Applied Biosystems, LLC and Life Technologies Corporation move for a 14-day extension of time until August 16, 2011 to file their response to Biosearch Technologies, Inc. and Eurofins MWG Operon Inc.'s (Biosearch) petition for a writ of mandamus. Biosearch opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted in part. Applied Biosystems, LLC and Life Technologies Corporation have until August 5, 2011 to file their response.

FOR THE COURT

**JUL 2 7 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Thomas M. Peterson, Esq.
     Kenneth E. Keller, Esq.
     Clerk, United States District Court for the Eastern District of Texas

s24

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JUL 2 7 2011**

**JAN HORBALY**
**CLERK**